UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SIONE FUAPAU, et al.,<br><br>    Plaintiffs,<br><br>   v.<br><br>LHOIST NORTH AMERICA OF ARIZONA, INC.,<br><br>    Defendant. | Case No. 20-cv-04404-VKD<br><br>**CASE MANAGEMENT ORDER** |

On September 29, 2020, the parties appeared for a Case Management Conference. Based on the parties' Joint Case Management Statement, the discussion held at the conference, and the parties' supplemental October 9, 2020 status report (Dkt. No. 24), the Court orders as follows:

The presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply.

The parties are referred to private mediation. The mediation shall be conducted by **February 26, 2021**.

In the event discovery disputes arise, the parties shall comply with the discovery dispute procedure outlined in the Judge DeMarchi's Standing Order for Civil Cases,[1] which sets forth the requirements for filing joint discovery letter briefs rather than noticed discovery motions. Parties are encouraged to promptly address discovery disputes. At the latest, discovery disputes relating to fact discovery must be submitted to the Court no later than seven days after the fact discovery cutoff, and discovery disputes relating to expert discovery must be submitted to the Court no later

---

[1] Parties may obtain copies of all of Judge DeMarchi's standing orders from the Clerk of the Court, or on Judge DeMarchi's web page on the Court's website (http://cand.uscourts.gov).

than seven days after the expert discovery cutoff.  Civil L.R. 37-3.

The parties shall comply with the requirements, deadlines and procedures outlined in Judge DeMarchi's Standing Order re Pretrial Preparation for all cases scheduled for trial.

The following schedule shall apply to this case:

| | |
|---|---|
| Deadline for plaintiffs to file motion for class certification | June 7, 2021 |
| Deadline for defendant's opposition to motion for class certification | July 12, 2021 |
| Deadline for plaintiffs' reply re class certification | August 3, 2021 |
| Hearing re motion for class certification | August 24, 2021, 10:00 a.m. |
| Fact discovery cutoff | March 4, 2022 |
| Deadline for Rule 26(a)(2) disclosures[2] | April 4, 2022 |
| Deadline for Rule 26(a)(2) rebuttal disclosures[3] | April 25, 2022 |
| Expert discovery cutoff | June 17, 2022 |
| Last day for hearing on dispositive motions/*Daubert*[4] motions | August 30, 2022, 10:00 a.m. |
| Final Pretrial Conference | November 9, 2022, 10:00 a.m. |
| Start of Jury Trial (7 days) | December 5-9, 12-13, 2022, 9:00 a.m. |

Requests for extensions of any of the deadlines set in this order will not be granted absent

---

[2] This deadline applies to any witness a party will use at trial to present evidence under Fed. R. Evid. 702, 703 or 705, and includes the disclosures required under Fed. R. Civ. P. 26(a)(2)(B) and (C).
[3] This deadline applies to any witness a party will use at trial to present evidence under Fed. R. Evid. 702, 703 or 705, and includes the disclosures required under Fed. R. Civ. P. 26(a)(2)(B) and (C).
[4] *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993).

2

exceptional and unforeseen circumstances.

**IT IS SO ORDERED.**

Dated: October 13, 2020

VIRGINIA K. DEMARCHI
United States Magistrate Judge