UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SIONE FUAPAU, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>LHOIST NORTH AMERICA OF ARIZONA, INC.,<br><br>    Defendant. | Case No. 20-cv-04404-VKD<br><br>**JUDGMENT** |

Pursuant to the Court's September 23, 2022 order (Dkt. No. 68) granting plaintiffs' motion for final approval of the class action settlement and attorneys' fees and costs, the Court hereby enters final judgment in this action under Federal Rule of Civil Procedure 58 as follows:

1. Judgment in this matter is entered in accordance with, and incorporates by reference the findings of, the Court's orders and the Parties' class action settlement agreement ("Joint Stipulation of Class and Representative Action Settlement") (Dkt. No. 51-1, Ex. A).

2. All class members are bound by this judgment and are barred from pursuing, or seeking to reopen, any of the released claims, as defined in the settlement agreement.

3. Without affecting the finality of this judgment, the Court shall retain exclusive and continuing jurisdiction over this action and the parties, including all class members, for purposes of enforcing the terms of this judgment.

**IT IS SO ORDERED.**

Dated: September 23, 2022

VIRGINIA K. DEMARCHI
United States Magistrate Judge